NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN F. CLAY,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D18-4746
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed December 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

John F. Clay, pro se.

PER CURIAM.

            Affirmed.

CASANUEVA, SALARIO and ATKINSON, JJ., Concur.